# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PETER PK YENDLURI,<br><br>Plaintiff,<br>v.<br><br>HEXWARE TECHNOLOGIES, INC., ET AL.,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 4:25-CV-427-ALM-AGD** |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 17, 2026, the Magistrate Judge entered a Report (Dkt. #27) recommending that Defendant Hexaware's Motion to Dismiss Plaintiff's Complaint (Dkt. #23) be granted, and this case be dismissed without prejudice as to Defendant Hexaware and dismissed with prejudice as to Defendant Singh. On August 25, 2026, Plaintiff filed a "Motion for Amendment," which the Court construes as an objection to the Report (Dkt. #28).

Accordingly, having received the Report of the Magistrate Judge, Plaintiff's "Motion for Amendment" (Dkt. #28), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Hexaware's Motion to Dismiss Plaintiff's Complaint (Dkt. #23) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE** as to Defendant Hexaware and **DISMISSED WITH PREJUDICE** as to Defendant Singh.

**IT IS SO ORDERED.**

**SIGNED this 23rd day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE